AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Robert D. | Southern District of New York | 03/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States Bankruptcy Court, S.D.N.Y.
300 Quarropas St.
White Plains, New York 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | American Bankruptcy Institute |
| 2. | Circuit Governor | National Conference of Bankruptcy Judges |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | M&A Advisor | 1/272016-1/29/2016 | Palm Beach, FL | Speaker at bankruptcy law conference | Airfare, hotel, food, other transportation |
| 2. | The Center for American and International Law | 2/24/2016-2/26/2016 | New Orleans, LA | Speaker at Fifth Circuit bench/bar conference | Airfare, hotel, food, other transportation |
| 3. | American Bankruptcy Institute | 3/7/2016 | Brooklyn, NY | Judge for national moot court competition | Auto mileage, parking, food |
| 4. | American College of Bankruptcy | 3/17/2016-3/19/2016 | Washington, DC | Induction ceremony and events | Auto mleage, other transportation, food |
| 5. | American Bankruptcy Institute | 4/14/2016-4/17/2016 | Washington, DC | Speaker at bankrutcy law conference | Auto mileage, other transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Drain, Robert D.** | 03/27/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bankruptcy Institute | 5/12/2016 | New York, NY | Speaker at bankruptcy law conference | Train, food |
| 7. | Delware Bar Association | 5/18/2016-5/19/2016 | Wilmington, DE | Speaker at bench/bar conference | Auto mileage, food |
| 8. | The Mergermarket Group | 5/27/2016 | New York, NY | Speaker at Debtwire conference on shipping | Auto mileage, parking, food |
| 9. | Cleveland Metro Bar Association | 5/31/2016-6/1/2016 | Cleveland, OH | Speaker at bench/bar conference | Airfare, hotel, other transportation, food |
| 10. | Hudson Valley Bar Association | 9/29/2016-9/30/2016 | Hyde Park, NY | Speaker at bench/bar conference | Auto mileage, hotel, food, honorarium |
| 11. | American Bankruptcy Institute/Georgetown Law School | 10/6/2016-10/7/2016 | Washington, DC | Speaker at views from the bench conference | Train, other transportation, food |
| 12. | Singapore Academy of Law | 10/9/2016-10/13/2016 | Singapore | Participant in international judges' meeting to draft uniform cross-border guidelines | Airfare, hotel, other transportatin, food |
| 13. | National Conference of Bankruptcy Judges | 10/26/2016-10/28/2016 | San Francisco, CA | Speaker at bench/bar conference | Airfare, hotel, other transportation, food |
| 14. | American Bankruptcy Institute | 12/1/2016-12/3/2016 | Rancho Palos Verdes, CA | Speaker at bankuptcy law conference | Airfare, hotel, other transportation, food |
| 15. | University of Pennsylvania | 12/7/2016 | Philadelphia, PA | Speaker at Wharton workshop on resolution of SIFIs | Train, food |
| 16. | Department of Commerce | 12/11/2017-12/16/2016 | Beijing and Shanghai, China | Speaker at multiple programs and meetings on U.S./China bankruptcy systems | Airfare, hotel, other transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accont | A | Interest | K | T | | | | | |
| 2. Acess Financial Account #1 (Cash and Stock) | B | Int./Div. | K | T | | | | | |
| 3. -FifthThird Bancorp common | A | Dividend | J | T | | | | | |
| 4. US Trust Managed Common Account (no control) | | | | | | | | | |
| 5. -Alexion Pharmaceuticals | | None | | | Sold | 11/10/16 | J | A | |
| 6. -Alphabet Inc. Com | | None | | | Sold (part) | 10/04/16 | J | A | |
| 7. | | | M | T | Sold (part) | 11/02/16 | J | A | |
| 8. -Amazon | | None | | | Sold (part) | 10/04/16 | J | A | |
| 9. | | | M | T | Buy (add'l) | 11/02/16 | J | | |
| 10. -Apple | | | | | Sold (part) | 10/04/16 | J | A | |
| 11. | | | | | Buy (add'l) | 05/12/16 | J | | |
| 12. | | | | | Buy (add'l) | 05/24/16 | J | | |
| 13. | A | Dividend | K | T | Sold (part) | 10/27/16 | J | A | |
| 14. -Aston Montag & Caldwall Grwth Fnd Cl 1 | | | | | Sold (part) | 04/14/16 | J | | |
| 15. | A | Dividend | K | T | Distributed (part) | 12/29/16 | J | C | |
| 16. -Autozone | A | Dividend | J | T | | | | | |
| 17. -BB&T Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Berkshire Hathaway Cl B | | None | K | T | | | | | |
| 19. -Celgene | | None | | | Buy | 08/03/16 | J | | |
| 20. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 21. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 22. | | | K | T | Sold (part) | 10/04/16 | J | | |
| 23. -Cerner | | None | | T | | | | | |
| 24. -Chipotle | | None | | | Sold | 01/11/16 | J | | |
| 25. -Citigroup | | | | | Buy (add'l) | 08/31/16 | J | | |
| 26. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 27. | A | Dividend | K | T | Buy (add'l) | 10/18/16 | J | | |
| 28. -Col. Dividend Income FD Cl. Z | B | Dividend | L | T | Distributed (part) | 12/15/16 | J | B | |
| 29. -Col. Select Large Cap Growth FD Cl. Z | | | M | | Distributed (part) | 06/20/16 | J | D | |
| 30. | | | | T | Distributed (part) | 12/12/16 | K | E | |
| 31. -Comcast Corp. | B | Dividend | L | T | | | | | |
| 32. -Costco Whlsl | A | Dividend | J | T | | | | | |
| 33. -CVS Health | A | Dividend | | | Buy | 10/04/16 | J | | |
| 34. | | | | | Buy (add'l) | 10/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/14/16 | J | | |
| 36. -Danaher | A | Distribution | J | T | Sold (part) | 10/04/16 | J | A | |
| 37. -Dell Tech | | None | J | T | Buy | 10/24/16 | J | | |
| 38. -Delphi Automotive | | | | | Buy (add'l) | 01/13/16 | J | | |
| 39. | | | | | Buy (add'l) | 01/14/16 | J | | |
| 40. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 41. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 42. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 43. | A | Dividend | J | T | Buy (add'l) | 04/20/16 | J | | |
| 44. -Disney Walt Co. | | | | | Buy (add'l) | 01/15/16 | J | | |
| 45. | | | | | Buy (add'l) | 01/27/16 | J | | |
| 46. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 47. | A | Dividend | K | T | Buy (add'l) | 04/14/16 | J | | |
| 48. -EMC | | | | | Merged (with line 37) | 10/24/16 | J | D | |
| 49. -EOG Res | | | | | Buy | 10/04/16 | J | | |
| 50. | A | Dividend | J | T | Buy (add'l) | 10/05/16 | J | | |
| 51. -Exxon Mobil | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Facebook | | None | | | Sold (part) | 02/10/16 | J | A | |
| 53. | | | K | T | Sold (part) | 04/13/16 | J | B | |
| 54. -Fortive | A | Dividend | J | T | Buy | 07/04/16 | J | | |
| 55. -Gilead Sciences | A | Dividend | K | T | | | | | |
| 56. -Goldman Sachs | | | | | Buy | 02/10/16 | J | | |
| 57. | A | Dividend | K | T | Buy (add'l) | 02/25/16 | J | | |
| 58. -Hershey | A | Dividend | J | T | Sold (part) | 10/04/16 | J | | |
| 59. -Home Depot | A | Dividend | K | T | | | | | |
| 60. -Intercontinental Exchange | | | | | Buy | 10/04/16 | J | | |
| 61. | | | | | Buy (add'l) | 10/05/16 | J | | |
| 62. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 63. | A | Dividend | K | T | Buy (add'l) | 11/15/16 | J | | |
| 64. -IShares Russell 1000 Growth | A | Dividend | | | Sold | 11/28/16 | K | A | |
| 65. -Johnson & Johnson | A | Dividend | J | T | Sold (part) | 10/04/16 | J | A | |
| 66. -Kraft Heinz | A | Dividend | K | T | | | | | |
| 67. -Lazard | | None | | | Sold (part) | 01/13/16 | J | | |
| 68. | | | | | Sold (part) | 01/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 01/15/16 | J | | |
| 70. | | | | | Sold (part) | 01/19/16 | J | | |
| 71. | | | | | Sold | 01/20/16 | J | | |
| 72. -Las Vegas Sands | | None | | | Sold | 01/15/16 | K | | |
| 73. -Lauder Estee Cos. | A | Dividend | J | T | | | | | |
| 74. -Mastercard | | | | | Buy (add'l) | 01/11/16 | J | | |
| 75. | A | Dividend | K | T | Sold (part) | 10/04/16 | J | A | |
| 76. -McKesson | A | Dividend | | | Sold (part) | 10/04/16 | J | | |
| 77. | | | | | Sold | 11/14/16 | J | | |
| 78. -MFS Value FD Cl 1 | B | Dividend | L | T | Distributed (part) | 12/14/16 | J | B | |
| 79. -Microsoft Corp. | A | Dividend | K | T | Sold (part) | 10/04/16 | J | A | |
| 80. -Mondelez Intl | A | Dividend | K | T | | | | | |
| 81. -Monsanto New Com. | A | Dividend | K | T | Buy (add'l) | 09/13/16 | J | | |
| 82. -Morgan Stanley | A | Dividend | | | Sold | 06/28/16 | J | | |
| 83. -Priceline | A | Dividend | J | T | | | | | |
| 84. -Raytheon | | | | | Buy | 11/28/16 | J | | |
| 85. | A | Dividend | J | T | Buy (add'l) | 11/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Regeneron Pharma | | None | K | T | Buy (add'l) | 06/03/16 | J | | |
| 87. -Salesforce Com. Inc. | | None | J | T | Buy (add'l) | 11/14/16 | J | | |
| 88. -Schwab Charles | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 89. -SPDR S&P Dividend ETF | C | Dividend | M | T | Distributed (part) | 12/30/16 | J | A | |
| 90. -Starbucks | A | Dividend | J | T | | | | | |
| 91. -Target | B | Dividend | K | T | | | | | |
| 92. -TCW Select Equities FD Cl 1 | | None | L | T | Distributed (part) | 12/14/16 | J | B | |
| 93. -Tesla Motors | | None | J | T | | | | | |
| 94. -TJX Cos. | A | Dividend | K | T | | | | | |
| 95. -Union Pacific | B | Dividend | L | T | | | | | |
| 96. -Verizon Com. | A | Dividend | J | T | Sold (part) | 10/04/16 | J | A | |
| 97. -Zoetis Inc. | A | Dividend | J | T | Sold (part) | 10/04/16 | J | A | |
| 98. -Amphenol | A | Dividend | J | T | Sold (part) | 10/04/16 | J | A | |
| 99. -Church & Dwight | A | Dividend | K | T | Sold (part) | 10/04/16 | J | A | |
| 100. -Cimarex Energy | | | | | Buy | 12/07/16 | J | | |
| 101. | A | Dividend | J | T | Buy (add'l) | 12/15/16 | J | | |
| 102. -Hanesbrands | A | Dividend | | | Buy (add'l) | 01/27/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/28/16 | J | | |
| 104. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 105. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 106. | | | | | Buy (add'l) | 04/14/16 | J | | |
| 107. | | | | | Sold | 10/18/16 | J | | |
| 108. -Hexcel | | None | | | Sold (part) | 01/27/16 | J | | |
| 109. | | | | | Sold (part) | 01/28/16 | J | | |
| 110. | | | | | Sold (part) | 01/29/16 | J | | |
| 111. | | | | | Sold (part) | 02/01/16 | J | A | |
| 112. | | | | | Sold (part) | 02/02/16 | J | A | |
| 113. | | | | | Sold | 02/03/16 | J | A | |
| 114. -Hunt JB Trans. | A | Dividend | J | T | | | | | |
| 115. -Jacobs Engr Grp | | None | J | T | Buy | 11/28/16 | J | | |
| 116. -New Oriental Ed & Tech ADR | | None | | | Buy (add'l) | 08/31/16 | J | | |
| 117. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 118. | | | | | Buy (add'l) | 09/13/16 | J | | |
| 119. | | | | | Sold | 12/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Palo Alto Networks | | None | | | Buy | 04/13/16 | J | | |
| 121. | | | | | Buy (add'l) | 05/18/16 | J | | |
| 122. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 123. | | | J | T | Sold (part) | 10/18/16 | J | B | |
| 124.  -Quanta Svcs Inc. | | None | | | Sold (part) | 01/27/16 | J | | |
| 125. | | | | | Sold (part) | 01/28/16 | J | | |
| 126. | | | | | Sold (part) | 01/29/16 | J | | |
| 127. | | | | | Sold (part) | 02/01/16 | J | | |
| 128. | | | | | Sold (part) | 02/02/16 | J | | |
| 129. | | | | | Sold | 02/03/16 | J | | |
| 130.  -Renaissance Hldgs. | A | Dividend | J | T | Sold (part) | 11/02/16 | J | A | |
| 131.  -Stericycle | | None | | | Buy | 04/13/16 | J | | |
| 132. | | | | | Buy (add'l) | 04/14/16 | J | | |
| 133. | | | | | Sold (part) | 10/04/16 | J | | |
| 134. | | | | | Sold | 10/05/16 | J | | |
| 135.  -Vanguard Mid-Cap ETF | B | Dividend | M | T | | | | | |
| 136.  -Acadia Healthcare | | None | | | Buy | 03/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 138. | | | | | Buy (add'l) | 03/28/16 | J | | |
| 139. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 140. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 141. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 142. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 143. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 144. | | | | | Buy (add'l) | 04/13/16 | J | | |
| 145. | | | | | Buy (add'l) | 04/14/16 | J | | |
| 146. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 147. | | | | | Buy (add'l) | 04/18/16 | J | | |
| 148. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 149. | | | J | T | Buy (add'l) | 11/09/16 | J | | |
| 150. -Dynavax Techonogies | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 151. | | | | | Sold (part) | 09/12/16 | J | | |
| 152. | | | | | Sold (part) | 09/13/16 | J | | |
| 153. | | | | | Sold (part) | 09/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/15/16 | J | | |
| 155. -Enstar Grp. Ltd. | | None | J | T | | | | | |
| 156. -SM Energy | A | Dividend | J | | Buy | 12/07/16 | J | | |
| 157. | | | | T | Buy (add'l) | 12/15/16 | J | | |
| 158. -Actelion Ltd | A | Dividend | K | T | Sold (part) | 12/15/16 | J | A | |
| 159. -Allergan PLC | | None | | | Buy (add'l) | 01/25/16 | J | | |
| 160. | | | | | Sold (part) | 10/04/16 | J | | |
| 161. | | | | | Sold (part) | 10/05/16 | J | | |
| 162. | | | | | Sold | 11/14/16 | K | | |
| 163. -Anheuser Busch Inbev | A | Dividend | J | T | | | | | |
| 164. -Core Labs | | | | | Buy (add'l) | 05/25/16 | J | | |
| 165. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 166. | A | Dividend | J | T | Buy (add'l) | 05/27/16 | J | | |
| 167. -CTrip Com Intl | | None | | | Buy | 10/27/16 | J | | |
| 168. | | | J | T | Buy (add'l) | 11/02/16 | J | | |
| 169. -Dassault Systemes | | None | | | Sold (part) | 08/31/16 | J | A | |
| 170. | | | J | T | Sold (part) | 09/01/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Diageo ADR | | | | | Buy | 10/27/16 | J | | |
| 172. | A | Dividend | J | T | Buy (add'l) | 10/28/16 | J | | |
| 173.  -Fanuc Corp. | | None | J | T | | | | | |
| 174.  -Hitachi | | None | | | Sold | 04/14/16 | J | | |
| 175.  -Keyence Corp. | | None | K | T | Sold (part) | 05/19/16 | J | B | |
| 176.  -Kuka AG | | None | | | Sold (part) | 02/24/16 | J | A | |
| 177. | | | | | Sold (part) | 01/25/16 | J | A | |
| 178. | | | | | Sold (part) | 02/29/16 | J | A | |
| 179. | | | | | Sold (part) | 03/01/16 | J | A | |
| 180. | | | | | Sold (part) | 03/02/16 | J | B | |
| 181. | | | | | Sold (part) | 05/24/16 | J | C | |
| 182. | | | | | Sold (part) | 05/25/16 | J | B | |
| 183. | | | | | Sold (part) | 05/26/16 | J | B | |
| 184. | | | | | Sold (part) | 06/03/16 | J | B | |
| 185. | | | | | Sold (part) | 06/06/16 | J | A | |
| 186. | | | | | Sold (part) | 06/07/16 | J | A | |
| 187. | | | | | Sold (part) | 06/08/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 06/09/16 | J | A | |
| 189. | | | | | Sold (part) | 05/10/16 | J | B | |
| 190. | | | | | Sold | 06/13/16 | J | A | |
| 191. -Line Corp | | None | | | Buy | 10/20/16 | J | | |
| 192. | | | | | Buy (add'l) | 10/21/16 | J | | |
| 193. | | | J | T | Buy (add'l) | 10/28/16 | J | | |
| 194. -LyondellBasell | A | Dividend | K | T | | | | | |
| 195. -Mobileye NV | | None | | | Sold (part) | 08/31/16 | J | | |
| 196. | | | J | T | Sold (part) | 09/01/16 | J | | |
| 197. -Nidec Corp. | | None | K | T | Sold (part) | 11/04/16 | J | B | |
| 198. -Novo-Nordisk ADR | A | Dividend | | | Sold (part) | 03/23/16 | J | A | |
| 199. | | | | | Sold (part) | 03/24/16 | J | A | |
| 200. | | | | | Sold (part) | 03/28/16 | J | A | |
| 201. | | | | | Sold (part) | 03/29/16 | J | A | |
| 202. | | | | | Sold (part) | 03/30/16 | J | A | |
| 203. | | | | | Sold (part) | 03/31/16 | J | A | |
| 204. | | | | | Sold (part) | 04/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/04/16 | J | A | |
| 206. | | | | | Sold (part) | 08/11/16 | J | A | |
| 207. | | | | | Sold | 08/12/16 | J | B | |
| 208.  -Novozymes | | None | J | T | Sold (part) | 11/02/16 | J | | |
| 209.  -NXP Semiconductors | | None | J | T | | | | | |
| 210.  -Onex | A | Dividend | K | T | Sold (part) | 11/02/16 | J | A | |
| 211.  -Roch Hldgs | | None | J | T | | | | | |
| 212.  -Softbank | | None | J | T | Sold (part) | 11/04/16 | J | | |
| 213.  -Valeant Pharmaceuticals Intl. | | None | | | Sold | 03/01/16 | J | A | |
| 214.  -Alibaba ADS | | None | J | T | Sold (part) | 10/27/16 | J | A | |
| 215.  -Icici Bank ltd ADR | A | Dividend | J | T | | | | | |
| 216.  -JD Com ADR | | None | | | Sold (part) | 11/02/16 | J | | |
| 217. | | | J | T | Sold (part) | 11/03/16 | J | | |
| 218.  -Tencent Hldgs | | None | K | T | Buy (add'l) | 01/29/16 | J | | |
| 219.  -NY NY Go Ref BDS | C | Interest | M | T | | | | | |
| 220.  -Babylon NY Pub Impt BDS | C | Interest | M | T | | | | | |
| 221.  -North Hempstead NY Pub Impt BDS | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Port Auth NY & NJ CONS BDS OID 2012 | C | Interest | M | T | | | | | |
| 223. -NY St. Dorm Auth Pers BDS 2022 | C | Interest | L | T | | | | | |
| 224. -BofA Tax Exempt Reserves | | | | | Distributed (part) | 01/22/16 | J | | |
| 225. | | | | | Distributed (part) | 02/17/16 | J | | |
| 226. | | | | | Distributed (part) | 04/13/16 | K | | |
| 227. | | | | | Distributed (part) | 04/21/16 | K | | |
| 228. | | | | | Distributed (part) | 09/30/16 | K | | |
| 229. | | | | | Distributed (part) | 11/29/16 | J | | |
| 230. | A | Interest | J | T | Distributed (part) | 12/21/16 | K | | |
| 231. -Blackrock Liquidity Fed Fund | A | Interest | K | T | Buy | 03/23/16 | K | | |
| 232. US Trust managed IRA Rollover Account (no control) | | | | | | | | | |
| 233. -BofA Money Market Savings | A | Interest | L | T | | | | | |
| 234. -Col. Dividend Income Fd | | | | | Buy | 03/14/16 | K | | |
| 235. | A | Interest | K | T | Buy (add'l) | 09/01/16 | J | | |
| 236. -Col. Select Large Cap Growth Fd Cl Z | | None | M | T | | | | | |
| 237. -IShares Core S&P 500 ETF | | None | | | Sold | 01/13/16 | M | | |
| 238. -Natixis Loomis Sayles Growth Fd | | None | | | Buy | 03/14/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | A | Dividend | K | T | Redeemed (part) | 09/01/16 | J | A | |
| 240. -Oakmark Select Fd Cl 1 | | | | | Buy (add'l) | 01/11/16 | J | | |
| 241. | | | | | Redeemed (part) | 03/14/16 | J | | |
| 242. | A | Dividend | K | T | Redeemed (part) | 09/01/16 | J | | |
| 243. -Vanguard S&P 500 ETF | | | | | Buy | 01/13/16 | M | | |
| 244. | | | | | Sold (part) | 03/14/16 | L | C | |
| 245. | | | | | Sold (part) | 06/01/16 | J | A | |
| 246. | B | Dividend | M | T | Buy (add'l) | 09/01/16 | J | | |
| 247. -Baird Midcap Fd Instl | | None | | | Buy | 01/11/16 | J | | |
| 248. | | | J | T | Buy (add'l) | 03/14/16 | J | | |
| 249. -Ishares Core S&P Mid Cap ETF | | None | | | Sold | 01/13/16 | M | | |
| 250. -IShares Russell Mid Cap ETF | | | | | Sold (part) | 01/13/16 | J | | |
| 251. | A | Dividend | K | T | Sold (part) | 03/14/16 | J | A | |
| 252. -MFS Mid Cap Value Fd Cl 1 | | | | | Sold (part) | 01/11/16 | J | | |
| 253. | A | Dividend | J | T | Buy (add'l) | 03/14/16 | J | | |
| 254. -IShares Russell 2000 ETF | | | | | Sold (part) | 01/13/16 | J | | |
| 255. | | | | | Sold (part) | 06/01/16 | J | A | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | A | Dividend | J | T | Sold (part) | 09/01/16 | J | A | |
| 257. -Touchstone Small Cap Growth Fd | | None | | | Buy (add'l) | 01/11/16 | J | | |
| 258. | | | | | Redeemed (part) | 06/01/16 | J | | |
| 259. | | | J | T | Redeemed (part) | 09/01/16 | J | | |
| 260. -Wells Fargo Special Small Cap Value Fd | A | Dividend | J | T | Buy | 09/01/16 | J | | |
| 261. -DB X-Trackers MSCI EAFE Hedged Equity Fd | A | Dividend | | | Sold | 06/01/16 | K | | |
| 262. -Invesco Intl Growth Fd | | | | | Buy (add'l) | 03/14/16 | K | | |
| 263. | | | | | Redeemed (part) | 06/01/16 | J | | |
| 264. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 265. | A | Dividend | K | T | Redeemed (part) | 10/17/16 | J | | |
| 266. -IShares Core MSCI EAFE ETF | | | | | Buy (add'l) | 01/13/16 | J | | |
| 267. | | | | | Sold (part) | 03/14/16 | K | A | |
| 268. | | | | | Buy (add'l) | 06/01/16 | K | | |
| 269. | B | Dividend | K | T | Buy (add'l) | 09/01/16 | J | | |
| 270. -JP Morgan Intl Value Fd | | | | | Buy | 03/14/16 | J | | |
| 271. | | | | | Redeemed (part) | 06/01/16 | J | A | |
| 272. | | | | | Buy (add'l) | 09/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | B | Dividend | K | T | Redeemed (part) | 10/17/16 | J | A | |
| 274. -Wisdomtree Europe Hedged Equity Fd | A | Dividend | | | Sold | 03/14/16 | J | | |
| 275. -Hartford Mut Fds II Schroders Emerging Mkts | A | Dividend | K | T | Buy | 10/31/16 | K | | |
| 276. -IShares Core MSCI Emerging Mkts | | | | | Buy | 01/11/16 | J | | |
| 277. | | | | | Buy (add'l) | 03/16/16 | J | | |
| 278. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 279. | | | | | Sold (part) | 09/01/16 | J | A | |
| 280. | | | | | Sold (part) | 09/06/16 | J | | |
| 281. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 282. | A | Dividend | K | T | Sold (part) | 10/19/16 | J | | |
| 283. -Schroder Emerging Market Equity Fd | | | | | Buy (add'l) | 01/11/16 | J | | |
| 284. | | | | | Redeemed (part) | 03/14/16 | J | | |
| 285. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 286. | | | | | Redeemed (part) | 09/01/16 | J | | |
| 287. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 288. | | | | | Merged (with line 275) | 10/31/16 | K | | |
| 289. -IShares Core US Aggregate Bond ETF | A | Dividend | J | T | Buy | 06/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -AQR Diversified Arbitrage Fd | A | Dividend | J | T | Buy | 01/11/16 | J | | |
| 291. -AQR Managed Futures Strategy Fd | | | | | Buy | 01/11/16 | J | | |
| 292. | A | Dividend | J | T | Buy (add'l) | 09/01/16 | J | | |
| 293. -Arbitrage Fd | | None | J | T | Buy | 01/11/16 | J | | |
| 294. -Blackrock Global Long Short Fd | | None | | | Buy | 01/11/16 | J | | |
| 295. | | | J | T | Buy (add'l) | 09/01/16 | J | | |
| 296. -Goldman Sachs Srategic Income Fd | | None | | | Sold (part) | 01/11/16 | J | | |
| 297. | | | | | Sold | 06/01/16 | J | | |
| 298. -Legg Mason BW Absolute Return Opp. Fd | | None | J | T | Buy | 01/11/16 | J | | |
| 299. -Neuberger Berman Long Short Fd | | None | J | T | Buy | 01/11/16 | J | | |
| 300. -Robeco Boston Partners Long Short Res Fd | | None | J | T | Buy | 01/11/16 | J | | |
| 301. -Apple Sr Unsecd Nt | A | Interest | K | T | Buy | 10/25/16 | L | | |
| 302. -Berkshire Hathaway Fin Corp Gtd Sr Nt. | B | Interest | L | T | | | | | |
| 303. -Citigroup Inc Unsecd Sr. Nt | A | Interest | K | T | | | | | |
| 304. -JPMorgan Chase Sr Unsecd Nt | A | Interest | K | T | | | | | |
| 305. -Walmart Stores Sr. Unsecd Nt | A | Interest | K | T | | | | | |
| 306. -Col. Income Opp. Fd Cl Z | B | Dividend | | | Redeemed | 10/20/16 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,001 - $250,000 | M =$250,001 - $500,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -CMG Ultra Short Term Bond Fd | B | Interest | M | T | Buy (add'l) | 10/20/16 | K | | |
| 308. -Goldman Sachs Absolute Return Tracker Fd | | None | | | Sold | 01/11/16 | K | | |
| 309. -Hatteras Alpha Hedged Strategies Fd | | None | | | Sold | 01/11/16 | K | | |
| 310. -Prudential Global Real Estate Fd Cl Z | A | Dividend | K | T | Buy (add'l) | 10/17/16 | J | | |
| 311. -Vanguard REIT ETF | | | | | Sold (part) | 09/01/16 | J | A | |
| 312. | A | Dividend | K | T | Buy (add'l) | 10/19/16 | J | | |
| 313. -Credit Suisse Commodity-Return Fd | | None | | | Buy (add'l) | 06/01/16 | J | | |
| 314. | | | K | T | Buy (add'l) | 09/01/16 | J | | |
| 315. Fifth Third Bancorp common | A | Int./Div. | J | T | | | | | |
| 316. US Trust IRA (no control) | | | | | | | | | |
| 317. -BofA Money Market | A | Interest | K | T | | | | | |
| 318. -SPDR S&P Div. ETF | B | Dividend | K | T | | | | | |
| 319. -SPDR S&P 500 ETF | C | Dividend | M | T | | | | | |
| 320. -Vanguard Mid-Cap ETF | A | Dividend | J | T | | | | | |
| 321. -Vanguard Small-Cap ETF | A | Dividend | J | T | | | | | |
| 322. -US Treas Strips | B | Interest | L | T | | | | | |
| 323. -Col. Select Large Cap Growth Fd Cl. Z | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Robert D. | 03/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -CMG Ultra Short Term Bond Fd | A | Interest | K | T | | | | | |
| 325. NYS 529 savings program #1-Moderate Age-Based Option Income Portfolio | B | Int./Div. | K | T | Buy | 09/09/16 | L | | |
| 326. | | | | | Distributed (part) | 09/09/16 | K | | |
| 327. | | | | | Distributed (part) | 09/13/16 | J | | |
| 328. NYS 529 savings program #2-Moderate Age-Based Option Income Portfolio | B | Int./Div. | K | T | Distributed (part) | 08/31/16 | K | | |
| 329. | | | | | Distributed (part) | 09/09/16 | J | | |
| 330. | | | | | Distributed (part) | 12/21/16 | J | | |
| 331. NYS 529 savings program #3-Moderate Age-Based Option Income Portfolio | B | Int./Div. | K | T | Distributed (part) | 09/09/16 | L | | |
| 332. | | | | | Distributed (part) | 10/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Robert D. | 03/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 4-234, columns B and C. The U.S. Trust-managed account described as a header on line 4 is held and managed by U.S. Trust as a fiduciary for my wife and me. It is not a personal brokerage or financial management account. We have no discretion with respect to any of the individual assets in the account, which are listed in lines 5-234. Instead, U.S. Trust makes each investment, buy or sell decision with respect to the individual assets in the account. We are able to increase or decrease the aggregage investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

2. Part VII, lines 235-317, columns B and C. The U.S. Trust-managed account described as a header on line 235 is held and managed by U.S. Trust as a fiduciary for me. It is not a personal brokerage or financial management account. I have no discretion with respect to any of the individual assets in the account, which are listed in lines 236-317. Instead, U.S. Trust makes each investment buy or sell decision with respect to the individual assets in the account. I am able to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in the account in accordance with the method for reporting trust assets in the filing instructions.

3. Part VII, lines 319-327, columns B and C. The U.S. Trust-managed account described as a header on line 307 is held and managed by U.S. Trust as a fiduciary for my wife. It is not a personal brokerage or financial management account. My wife has no discretion with respect to any of the individual assets in the account, which are listed in lines 320-327. Instead, U.S. Trust makes each investment buy or sell decision with respect to the individual assets in teh account. My wife is able to increase or decrease the aggregate investment in the account (in addition to periodically being able to change risk categories). I therefore reported the assets in teh account in accordance with the method for reporting trust assets in the filing instructions.

4. In line 74 of my 2015 FDR I erroneously listed the asset "Fereeye" as having been "Sold in part." In fact, it should have been listed as "Sold," which is why it does not appear in my current 2016 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert D. Drain**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544